FILED
FEB 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RALPH ARMSTRONG,**

**Plaintiff,**

**v.**

**HOME DEPOT, INC.**

**Defendant.**

CA 07 058

**Civil Action No.** __________

# NOTICE OF REMOVAL

TO: The Honorable Judges of the
United States District Court
District of Rhode Island

Petitioner Home Depot U.S.A., Inc. (hereinafter "Defendant" or "Home Depot"), defendant in the above entitled action, states:

1. Defendant desires to exercise his rights under the provisions of 28 U.S.C. §1441, *et seq.*, to remove this action from the Superior Court for Providence County, Providence, Rhode Island, in which said cause is now pending under the name and style *Ralph Armstrong, Plaintiff v. Home Depot, Inc., Defendant*, Civil Action No. 06-5351. Defendant was served a Summons and a copy of a Complaint in this action on or about January 23, 2006. A copy of the Summons and Complaint, are attached hereto as Exhibit A.

2. The above-described action is one in which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this court by the Defendant, pursuant to the provisions of 28 U.S.C. § 1441, wherein it is a civil action wherein the matter in controversy exceeds the sum or the value of $75,000.00 exclusive of interest and costs, and is between citizens of different states.

3. Plaintiff, Ralph Armstrong, at the time this action was commenced, was and still is a citizen of the State of Rhode Island. Defendant, at the time this action was commenced, was and still is a corporation organized under the laws of the State of Delaware, with a principal place of business in Atlanta, Georgia, and was not and is not a citizen of the State of Rhode Island, the residence of the Plaintiff and wherein this action was brought.

4. Defendant is filing this notice within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. §1446.

5. Defendant will file a notice of filing this Notice of Removal and a copy of the Notice of Removal with the Clerk, Superior Court for Providence County, Licht Judicial Complex, 250 Benefit Street, Providence, Rhode Island 02903, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

6. Defendant will serve written notice to opposing counsel of the filing of this Notice of Removal and copies of this Notice of Removal will be served on opposing counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit C.

WHEREFORE, Defendant Home Depot, U.S.A., Inc. prays that the above action now pending against her in the Superior Court for Providence County, Providence, Rhode Island be removed therefrom to this Court.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

____________________________
Joseph P. McConnell (No. 5086)

Date: February 9th, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Patricia E. Andrews, Esq., 129 Dyer Street, Suite 200, Providence, RI 02903, by first-class U.S. mail this 9th day of February 2007.

____________________________
Joseph P. McConnell