**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **RALPH ARMSTRONG,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HOME DEPOT, INC.**<br><br>**Defendant.** | **Civil Action No. 07-58 ML** |

**STIPULATION TO EXTEND TIME**

Pursuant to Civil Local Rule 29(b), the parties to the above-captioned action hereby stipulate that the time for Defendant to answer or otherwise respond to the complaint be extended to March 22, 2007. The responsive pleading is currently due on February 20, 2007, so this extension is thirty (30) days as permitted by LR Cv 29(b).

Respectfully submitted,

RALPH ARMSTRONG,

By Her Attorneys

PATRICIA E. ANDREWS, ESQ.
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966

/s/ Patricia E. Andrews
Patricia E. Andrews, Esq. (RI No. 4321)

Dated: February 13, 2007

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

/s/ Joseph P. McConnell
Joseph P. McConnell (RI No. 5086)

Dated: February 13, 2007