UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RALPH ARMSTRONG

vs. Ca 07-058ML

HOME DEPOT, INC.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
February 22, 2007

Entered as an Order of this Court on February 22, 2007.

Barbara Barletta
Deputy Clerk