**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RALPH ARMSTRONG,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No. 07-58S** |
| **HOME DEPOT, Inc.,**<br>**Defendant.** | : | |

**PRE-TRIAL CONFERENCE STATEMENT**

**I. *Brief Background***

Plaintiff Ralph Armstrong ("Armstrong"), began working for Home Depot in July 1992. Although his official title was "sales associate," he worked for Home Depot in an unusual capacity, basically as an ambassador for both customers and the general community. His reputation was spotless, and he received literally hundreds of accolades from customers, community members, and Home Depot management, including its CEO.

By 2004, Plaintiff was seventy years old. As part of his job, Armstrong was frequently required to travel, and completed mileage and expense reports. In August 2004, he was abruptly terminated after an interrogation regarding allegations that he had falsified some of these documents. These allegations were false, and are a pretext for age discrimination. After exhausting the applicable administrative remedies, Armstrong filed the instant complaint in state court under state law. Home Depot removed the action to this forum.

**II. *Plaintiff's Claims***

Armstrong has stated age-discrimination claims under the Fair Employment Practices Act, G.L. 1956 §§ 28-5-1 et seq., and the Rhode Island Civil Rights Act, G.L. 1956 §§ 42-112-1 et seq., and each requires the same basic analysis.

**A. *Disparate Treatment.***

In order to prove disparate treatment based upon age, Plaintiff must bring forward evidence that he was (1) at least forty years old; (2) that he met the employer's legitimate job performance expectations; (3) that he experienced an adverse employment action; and (4) that there was a continuing need for the services performed by Plaintiff. Defendant then is required to demonstrate a legitimate, non-discriminatory reason for Plaintiff's termination. In return, Plaintiff must demonstrate that the reason given is a pretext. See, e.g., Velazquez-Fernandez v. NCE Foods, Inc., 2007 U.S. App. Lexis 1741 (1st Cir. 2007).

Plaintiff,
By his Attorneys,

/s/ Carly B. Iafrate

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

Dated: March 9, 2007

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 9th day of March 2007 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

jmcconnell@morganbrown.com

/s/ Carly B. Iafrate, Esq.