STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5351 RALPH ARMSTRONG V HOME DEPOT INC

Filing Date: 10-12-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 02-12-2007

Plaintiff: RALPH ARMSTRON
ID: @10867642

Attorney: PATRICIA ANDREWS

Defendant: HOME DEPOT INC.
ID: @10867643

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-12-2006 | COMPLAINT FILED | |
| 10-12-2006 | INITIAL FILING FEE | |
| 10-12-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP235488. |
| 02-12-2007 | NOTICE OF REMOVAL | TO US DISTRICT COURT<br>Affiliated: HOME DEPOT INC. |
| 02-12-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT #07-58-ML<br>Affiliated: HOME DEPOT INC. |
| 02-12-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island