**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **RALPH ARMSTRONG,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HOME DEPOT, INC.**<br><br>**Defendant.** | **Civil Action No. 07-58 ML** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action, Ralph Armstrong and Home Depot U.S.A., Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that said action be dismissed as to all claims, with prejudice, without interest or costs, and waiving all rights of appeal.

Respectfully submitted,

RALPH ARMSTRONG,

By His Attorneys

PATRICIA E. ANDREWS, ESQ.
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966

/s/ Patricia E. Andrews
Patricia E. Andrews, Esq. (RI No. 4321)

Dated: October 17, 2007

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

/s/ Joseph P. McConnell
Joseph P. McConnell (RI No. 5086)

Dated: October 17, 2007